Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Guangyi Xu*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOHN LECHNER, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

INFUSYSTEM HOLDINGS, INC., ERIC K. STEEN, and JONATHAN P. FOSTER,

Defendants.

Case No: 2:16-cv-08295(ODW)(AGRx)

**NOTICE OF APPEAL**

Judgment Entered: December 15, 2017

Judge: Hon. Otis D. Wright II

Notice is hereby given that Nicoya Capital LLC, Lead Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order dismissing the amended complaint, entered on the 15th day of December, 2017 (ECF No. 42), the case was subsequently dismissed on January 29, 2018 (ECF No. 45.)

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

(1) Lead Plaintiff Nicoya Capital LLC:

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

(2) Defendants InfuSystem Holdings, Inc., Eric K. Steen, and Jonathan P. Foster:

BRYAN CAVE LLP
Robert E. Boone III, (SBN 132780)
David Harford, (SBN 270696)
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Email: reboone@bryancave.com
david.harford@bryancave.com

and

John Bielema
Michael Carey
1201 w. Peachtree Street, N.W.
One Atlantic Center, 14th Floor
Atlanta, GA 30309
Telephone: (404) 572-4504
Facsimile: (404) 572-6999
Email: john.bielema@bryancave.com
michael.carey@bryancave.com

Dated: February 28, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

***Counsel for Lead Plaintiff and the Class***

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2018, I electronically filed the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

***Lead Counsel for Lead Plaintiff and the Proposed Class***